**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7803**

ROBERT CUMBERLANDER,

                                        Petitioner - Appellant,

        versus

RONALD  J.  ANGELONE,  Director,  Virginia
Department of Corrections,

                                        Respondent - Appellee.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-01-1191-AM)

Submitted:  March 20, 2002          Decided:  April 16, 2002

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Cumberlander, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Cumberlander appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Cumberlander v. Angelone, No. CA-01-1191-AM (E.D. Va. filed Sept. 24, 2001; entered Sept. 26, 2001). We deny the motion for leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2